**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000377
21-JUL-2021
10:54 AM
Dkt. 18 ORD**

NO. CAAP-21-0000377


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ROBERT M. GEORGE, SR., Plaintiff-Appellant, v.
JOLYN A. GEORGE, Defendant-Appellee


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 19-1-430)


ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Plaintiff-Appellant Robert M. George, Sr.'s July 16, 2021 Motion to Withdraw Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, July 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Alexa D.M. Fujise
Associate Judge

/s/ Katherine G. Leonard
Associate Judge